# EXHIBIT 'A'

# JUAN CARLOS GIL
2656 SW 28th Avenue
Miami, FL 33133

February 6, 2019

<u>Via US Mail</u>

Town of Hillsboro Beach, Florida
1210 Hillsboro Mile
Hillsboro Beach, Florida 33062

Attn:   ADA Coordinador

**REQUEST FOR ACCOMMODATION**

Dear City of Hillsboro Beach, Florida;

On February 5, 2019, I went to your information site (the website www.townofhillsborobeach.com) to learn about the governmental functioning of the City of Hillsboro Beach, Florida through the documents you provide within your site.

I am legally blind, so I depend on a screen reader to help me understand electronic documents. My screen reader would not work with your electronic documents. I was specifically interested in documents related to the budget of the City of Hillsboro Beach, Florida (electronic documents) for 2018, 2017, 2016 and 2015 and all City Commission agendas and back up material for year 2018, 2017 and 2016. Would you please make these documents accessible in your site so that they will work with screen readers?

I have visited www.townofhillsborobeach.com in the past and I continue to desire to visit www.townofhillsborobeach.com in order to become informed about the programs, services and activities offered by the City of Hillsboro Beach, Florida particularly relate to the governmental functioning.

Your site has many other electronic documents other than the specific ones which I have asked for above. In addition to the specific documents listed here, can you also make the other electronic documents within your site accessible so that they will work with screen readers so I don't have to take the steps to ask for each document in a mail request?

Please send me a reply as soon as possible.

Thank you,

*Juan Carlos Gil*
